**In re: John R. BURWELL, Debtor,**

**Randall L. Seaver, Trustee, Appellee,**

v.

**Burwell Family Limited Partnership;
RHFP, LLC, Appellants,**

**John R. Burwell; Albert Kelly,
Jr., Defendants.**

No. 08–3002.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 9, 2009.

Filed: Oct. 23, 2009.

Matthew R. Burton, Chad A. Kelsch, Leonard & O'Brien, Minneapolis, MN, for Appellee.

---

1. The Honorable Donald E. O'Brien, United States District Judge for the Northern District of Iowa.

Patrick James Foley, Roseville, MN, for Appellants.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Burwell Family Limited Partnership and RHFP, LLC, appeal from the decision of the Bankruptcy Appellate Panel (BAP) affirming the bankruptcy court's[1] judgment in favor of Randall Seaver, the Trustee of defendant John Burwell's bankruptcy estate. Reviewing the bankruptcy court's factual findings for clear error and its conclusions of law de novo, *see In re Vote*, 276 F.3d 1024, 1026 (8th Cir.2002), we agree with the BAP's analysis. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny the Trustee's motion to dismiss.

1. The Honorable Nancy C. Dreher, Chief Judge, United States Bankruptcy Court for the District of Minnesota.